UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Victor Leonardo Garibay, | File No. 25-cv-2236 (ECT/ECW) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| B. Eischen, FPC Duluth, and FBOP, | |
| Respondents. | |

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on September 3, 2025. ECF No. 11. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 11] is **ACCEPTED**.

2. Petitioner Victor Leonardo Garibay's petition for a writ of habeas corpus [ECF No. 1] is **DENIED WITHOUT PREJUDICE**.

3. This action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 2, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court